UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI,<br><br>        Plaintiff,<br><br>    vs.<br><br>CANADA,<br><br>        Defendant | Civ. A. No. 1:17-cv-10519-NMG |

**SUMMONS**

To:

    A lawsuit has been filed against you.

    Within 60 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                            CLERK OF COURT

Date: _____          _____
                                            *Signature of Clerk or Deputy Clerk*