UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>CANADA )<br>)<br>Defendant. )<br>) | Case No. 1:17-cv-10519-NMG |

## CERTIFICATION BY D. EDWARD (ED) WILSON, JR.
## FOR PRO HAC VICE APPLICATION

In accordance with Rule 83.5.3 of the Local Rules of the District of Massachusetts, I certify that:

1. I am a member of the following bars: District of Columbia and Louisiana.

2. I am in good standing of every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a pro hac admission to this Court, or other admission for a limited purpose, revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ D. Edward (Ed) Wilson, Jr.
D. Edward (Ed) Wilson, Jr.
Venable, LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4819
Facsimile: (202) 344.8300
dewilson@venable.com