**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CYNTHIA L. MERLINI, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> CANADA ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:17-cv-10519-NMG |

**CERTIFICATION BY ANDREW E. BIGART**
**FOR PRO HAC VICE APPLICATION**

In accordance with Rule 83.5.3 of the Local Rules of the District of Massachusetts, I certify that:

1. I am a member of the following bars: District of Columbia and Virginia.

2. I am in good standing of every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a pro hac admission to this Court, or other admission for a limited purpose, revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Andrew E. Bigart
Andrew E. Bigart
Venable, LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4323
Facsimile: (202) 344.8300
aebigart@venable.com