UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI, <br><br> Plaintiff, <br><br> v. <br><br> CANADA <br><br> Defendant. | Case No. 1:17-cv-10519-NMG |

**CERTIFICATION BY BENJAMIN HOROWITZ**
**FOR PRO HAC VICE APPLICATION**

In accordance with Rule 83.5.3 of the Local Rules of the District of Massachusetts, I certify that:

1. I am a member of the following bars: District of Columbia and Maryland.

2. I am in good standing of every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a pro hac admission to this Court, or other admission for a limited purpose, revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

2

       /s/ Benjamin E. Horowitz
       Benjamin E. Horowitz
       Venable, LLP
       600 Massachusetts Avenue, NW
       Washington, DC 20001
       Telephone: (202) 344-4494
       Facsimile: (202) 344.8300
       behorowitz@venable.com