# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cynthia L. Merlini, | |
| Plaintiff, | Case No. 1:17-cv-10519-NMG |
| v. | The Honorable Nathaniel M. Gorton |
| Canada, | |
| Defendant. | |

**DEFENDANT CANADA'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS AND MEMORANDUM IN SUPPORT**

Defendant Canada, by and through its counsel, moves pursuant to Local Rule 7.1(b)(3) for leave to file a short reply memorandum of no more than five (5) pages in support of its motion to dismiss. A copy of the proposed reply memorandum is attached hereto as Exhibit A.

Canada believes that a short reply to Plaintiff's opposition to its motion to dismiss will assist the Court in narrowing the legal issues presented, which involve the intersection of state and federal law, and affect matters of international comity. No party will be prejudiced by this request as Plaintiff does not oppose the motion and the court has not yet scheduled a hearing on the motion to dismiss.

WHEREFORE, Defendant Canada respectfully requests that this Court grant its motion for leave to file a reply in support of its motion to dismiss.

|  |  |
|---|---|
| Respectfully submitted, | |
| Dated: July 12, 2017 | */s/ D.E. Wilson, Jr.* |

                                                          Respectfully submitted,

Dated: July 12, 2017                    */s/ D.E. Wilson, Jr.*
                                        D.E. Wilson, Jr. (*pro hac vice*)
                                        Andrew E. Bigart (*pro hac vice*)
                                        Benjamin Horowitz (*pro hac vice*)
                                        VENABLE LLP
                                        600 Massachusetts Avenue
                                        Washington, D.C. 20001
                                        Telephone: (202) 344-4819
                                        Facsimile: (202) 344-8300
                                        dewilson@venable.com
                                        aebigart@venable.com
                                        behorowitz@venable.com

                                        */s/ Chrisann Leal*
                                        Chrisann Leal, BBO #566402
                                        CURTIN, MURPHY & O'REILLY, P.C.
                                        Park Square Building, 3rd Floor
                                        Boston, Massachusetts 02116
                                        Telephone: (617) 574-1700
                                        Facsimile: (617) 574-1710
                                        cleal@cmopc.com

**LR 7.1(a)(2) Certification**

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for Canada conferred with counsel for Plaintiff who indicated that Plaintiff does not oppose this motion.

                                                                 /s/ Chrisann Leal

**Certificate of Service**

      I hereby certify that true copy of the above document was served upon the attorney of record for the Plaintiff electronically on July 12, 2017.

                                                                 /s/ Chrisann Leal