```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____
                                    )
Cynthia L Merlini,                  )
                                    )
                                    )
                                    )
              Plaintiff,            )       Civil Action No.
                                    )       1:17-cv-10519-NMG
                                    )
v.                                  )
                                    )
Canada                              )
                                    )
                                    )
                                    )
              Defendant.            )
_____)


                         ORDER OF DISMISSAL

    ___Gorton   D.J.___


    In accordance with the Court's Memorandum & Order dated

12/7/2017 granting the Defendant's motion to dismiss (dkt. no.

12), it is hereby ORDERED that the above-entitled action be and

hereby is DISMISSED.



   ___12/7/2017___                          By the Court,
        Date                             ___/s/Stephanie Caruso___
                                            Deputy Clerk
```