UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI,<br><br>   Plaintiff,<br><br>vs.<br><br>CANADA,<br><br>   Defendant | Civ. A. No. 1:17-cv-10519-NMG |

## **NOTICE OF APPEAL**

Notice is hereby given that Cynthia L. Merlini, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum & Order and the Order of Dismissal, both entered in this action on the seventh day of December, 2017.

                   CYNTHIA L. MERLINI

                   By her attorney:

                   /s/ Theodore J. Folkman
                   Theodore J. Folkman (BBO No. 647642)
                   MURPHY & KING, P.C.
                   One Beacon St.
                   Boston, Mass. 02108
                   (617) 423-0400
                   tfolkman@murphyking.com

Dated: December 8, 2017

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF, and that paper copies will be sent to those indicated as non-registered participants on December 8, 2017.

                                          /s/ Theodore J. Folkman
                                          Theodore J. Folkman

736417