# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Merlini v. Canada

District Court Number: 17cv10519-NMG

Fee: Paid? Yes  X   No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending  Yes ____ No  X    Sealed documents  Yes ____ No  X  
*If yes, document #*

Ex parte documents  Yes ____ No  X    Transcripts  Yes ____ No  X  
*If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#19 Memorandum and Order, #20 Order of Dismissal

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#19, #20, and #21

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 21 filed on December 8, 2017.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 11, 2017.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**