# United States Court of Appeals
## For the First Circuit

No. 17-2211

CYNTHIA L. MERLINI,

Plaintiff, Appellant,

v.

CANADA,

Defendant, Appellee.

**JUDGMENT**

Entered: June 10, 2019

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The District Court's grant of Canada's motion to dismiss is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day. The parties shall bear their own costs.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Nathaniel M. Gorton
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Theodore Joel Folkman
Chrisann Leal
John Fontana Cooney
Benjamin E. Horowitz
Sharon Swingle
Andrew E. Lelling
Noel J. Francisco
Michael Shih