# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 9, 2020

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:  Canada
           v. Cynthia L. Merlini
           No. 19-1101
           (Your No. 17-2211)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 6, 2020 and placed on the docket March 9, 2020 as No. 19-1101.

                                Sincerely,

                                **Scott S. Harris**, Clerk

                                by

                                Clara Houghteling
                                Case Analyst