UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI,<br><br>         Plaintiff,<br><br>vs.<br><br>CANADA,<br><br>         Defendant | No. 1:17-CV-10519-NMG |

### NOTICE OF CHANGE OF ADDRESS

Please take note that counsel for the plaintiff's address and firm affiliation have changed. The new information is printed below.

Respectfully submitted,

CYNTHIA L. MERLINI

By her attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman (No. 81828)
FOLKMAN LLC
PO Box 116
Boston, MA 02131
(617) 646-9980
ted@folkman.law

Dated:  April 1, 2020