## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Cynthia L. Merlini, | |
| Plaintiff, | Case No. 1:17-cv-10519-NMG |
| v. | The Honorable Nathaniel M. Gorton |
| Canada, | |
| Defendants. | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.5.2, please note the withdrawal of D.E. Wilson, Jr., Andrew E. Bigart, and Benjamin E. Horowitz, of the law firm Venable LLP, as counsel for Defendant Canada. Chrisann Leal of the law firm Curtin, Murphy & O'Reilly, P.C. has appeared on Defendant Canada's behalf and will continue to represent Canada in this matter. No motion is pending in the case, no trial date has been set, no evidentiary hearing has been set, and no reports, written or oral, are due.

Respectfully submitted,

Dated: May 27, 2020

    /s/
D.E. Wilson, Jr. (*pro hac vice*)
Andrew E. Bigart (*pro hac vice*)
Benjamin E. Horowitz (*pro hac vice*)
VENABLE LLP
600 Massachusetts Avenue
Washington, D.C. 20001
Telephone: (202) 344-4819
Facsimile: (202) 344-8300
dewilson@venable.com
aebigart@venable.com
behorowitz@venable.com

## **Certificate of Service**

    I hereby certify that true copy of the above document was served upon all attorneys of record electronically on May 27, 2020.

/s/ Benjamin E. Horowitz
