# United States Court of Appeals
## For the First Circuit

No. 17-2211

CYNTHIA L. MERLINI

Plaintiff - Appellant

v.

CANADA

Defendant - Appellee

**MANDATE**

Entered: June 9, 2020

In accordance with the judgment of June 10, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Theodore Joel Folkman
Chrisann Leal
Andrew E. Lelling
Michael Shih
Simon A. Steel
Sharon Swingle