**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA L. MERLINI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:17-cv-10519-NMG |
| CANADA, | ) ) | |
| Defendant. | ) ) ) | |

**<u>NOTICE OF APPEARANCE OF TONY K. LU, ESQ.</u>**

Please enter the appearance of Tony K. Lu, Esq. of Dentons US LLP in the above-captioned matter on behalf of defendant Canada.

                                                Respectfully Submitted,

                                                **Canada,**

Date: June 12, 2020                          By one of its attorneys,

                                                _____
                                                Tony K. Lu, Esq. (BBO #678791)
                                                Dentons US LLP
                                                One Beacon Street
                                                Suite 25300
                                                Boston, MA 02108
                                                Telephone: (617) 235-6817
                                                tony.lu@dentons.com

## **CERTIFICATE OF SERVICE**

I, Tony K. Lu, hereby certify that this document filed through the CM/ECF system will be sent electronically to all parties as identified on the Notice of Electronic Filing (NEF) on June 12, 2020.

          /s/ Tony K. Lu
          Tony K. Lu