IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA L. MERLINI, )<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>CANADA, )<br>)<br>   *Defendant*. )<br>_____ | Civil Action No. 1:17-cv-10519-NMG<br><br>MOTION FOR ADMISSION<br>*PRO HAC VICE* OF ATTORNEY<br>LAURA A. SEFERIAN |

Defendant Canada, pursuant to Local Rule 83.5.3, hereby moves for the *pro hac vice* admission of Laura A. Seferian, an attorney at Dentons US LLP, with offices at 1900 K Street NW, Washington DC 20006. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the attached Affidavit of Laura A. Seferian, Defendant Canada states as follows:

1. Ms. Seferian is duly admitted and licensed to practice law in the state of Illinois, the state of Virginia, the District of Columbia, in the U.S. Court of Appeals for the First Circuit, and in the United States District Court for the Eastern District of Virginia.

2. There are no disciplinary proceedings pending against Ms. Seferian as a member of the bar in any jurisdiction.

3. Ms. Seferian is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Defendant Canada has requested that Ms. Seferian represent it in this action before this Court. Ms. Seferian has already represented Canada in this proceeding in appellate proceedings before the First Circuit and the Supreme Court.

1

5.  Plaintiff Cynthia L. Merlini assents to this motion.

WHEREFORE, Defendant Canada respectfully requests that this Court grant this motion and permit Laura A. Seferian to enter his appearance *pro hac vice* in the above-captioned matter.

| | |
|---|---|
| Dated: June 12, 2020 | Respectfully submitted, |
| | DEFENDANT CANADA, |
| | By its Attorneys, |
| | /s/ *Tony K. Lu* <br> Tony K. Lu (BBO# 678791) <br> DENTONS US LLP <br> One Beacon Street, Suite 25300 <br> Boston, MA 02108-3107 <br> Tel: (617) 235-6817 <br> Fax: (617) 235-6899 <br> tony.lu@dentons.com |

# CERTIFICATION OF LAURA A. SEFERIAN

Pursuant to this Court's Rule 83.5.3(e)(3), I, Laura Arshalous Seferian, hereby certify as follows:

1. I am not a member of the bar of this Court or of the Massachusetts bar. I am seeking admission *pro hac vice* to this Court to represent Defendant Canada in *Merlini v. Canada,* No. 1:17-cv-10519-NMG. I have previously represented Canada in this proceeding on appeal before the U.S. Court of Appeals for the First Circuit and the U.S. Supreme Court.

2. I am a member in active good standing of the bars of:

    a) the District of Columbia;

    b) Illinois;

    c) Virginia;

    d) the U.S. Court of Appeals for the First Circuit; and

    e) the United States District Court for the Eastern District of Virginia.

3. I am not currently, and have never been, subject to disciplinary proceedings in any jurisdiction in which I have been admitted to practice.

4. I have not previously been admitted to this Court (*pro hac vice* or otherwise), and have never had my admission to any court revoked for misconduct.

5. I have read and agree to comply with this Court's Local Rules.

> */s/ Laura A. Seferian*
> Laura A. Seferian
> Dentons US LLP
> 1900 K Street NW
> Washington DC 20006
> laura.seferian@dentons.com
> (202) 496-7339

Dated: June 12, 2020

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

I hereby certify that Defendant has conferred with Plaintiff and Plaintiff assents to this motion.

>/s/ *Tony K. Lu*
>Tony K. Lu

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all parties as identified on the NEF on June 12, 2020.

>/s/ *Tony K. Lu*
>Tony K. Lu