UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI,<br><br>       Plaintiff,<br><br>vs.<br><br>CANADA,<br><br>       Defendant | Civ. A. No. 1:17-cv-10519-NMG |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

    The parties, Cynthia L. Merlini and Canada, jointly move for an order continuing the status conference now set for June 18, 2020 for approximately ten days to a time convenient for the Court.

    The parties are presently working to arrange a mediation and are in the process of confirming the mediator's availability. If, as expected, the mediator is available, the parties anticipate seeking a stay of the case for a period of approximately sixty days in order to allow them to attempt to resolve the case by mediation.

Respectfully submitted,

| CYNTHIA L. MERLINI | CANADA |
|---|---|
| By her attorney: | By its attorneys: |
| */s/ Theodore J. Folkman* | */s/ Chrisann Leal* |
| Theodore J. Folkman (BBO No. 647642)<br>FOLKMAN LLC<br>53 State Street, Suite 500<br>Boston, MA 02109<br>(617) 219-9664<br>ted@folkman.law | Chrisann Leal (BBO No. 566402)<br>CURTIN, MURPHY & O'REILLY, P.C.<br>31 Saint James Avenue, 3rd Floor<br>Boston, MA 02116<br>(617) 574-1700<br>cleal@cmopc.com<br><br>Tony K. Lu (BBO No. 678791)<br>DENTONS US LLP<br>One Beacon Street, Suite 25300<br>Boston, MA 02108<br>(617) 235-6817<br>tony.lu@dentons.com<br><br>Simon A. Steel (*pro hac vice* pending)<br>Laura A. Seferian (*pro hac vice* pending)<br>DENTONS US LLP<br>1900 K Street NW<br>Washington, DC 20006<br>(202) 496-7077<br>simon.steel@dentons.com<br>laura.seferian@dentons.com |

Dated: June 16, 2020