UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA L. MERLINI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CANADA,<br><br>　　　　　Defendant | Civ. A. No. 1:17-cv-10519-NMG |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The parties, Cynthia L. Merlini and Canada, jointly move for an order continuing the status conference now set for June 18, 2020 for approximately ten days to a time convenient for the Court.

The parties are presently working to arrange a mediation and are in the process of confirming the mediator's availability. If, as expected, the mediator is available, the parties anticipate seeking a stay of the case for a period of approximately sixty days in order to allow them to attempt to resolve the case by mediation.

*Motion allowed. /s/ NMGorton, USDJ 6/17/20*

1