UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CYNTHIA L. MERLINI,

    Plaintiff,

vs.

CANADA,

    Defendant

Civ. A. No. 17-10519-NMG

## JOINT STATUS REPORT

Pursuant to the Court's order of June 29, 2020, the parties jointly report on the status of the case as follows:

The parties have exchanged some documents in preparation for the mediation, and each party has made requests to the other for additional information that will be helpful for mediation. Both parties have expressed willingness to provide additional information, and they are in the process of gathering and producing it. The parties expect to exchange additional documents within approximately two weeks. However, in order to maximize the chances for a productive mediation and in light of participants' availabilities, they will then need several weeks to review the information and prepare for mediation. The parties therefore respectfully request that the Court keep the current stay in place until November 20, 2020, and that it order the parties to file a second joint status report on November 6, 2020. If the Court grants this joint request, the parties respectfully submit the status conference currently scheduled for September 11, 2020 be cancelled.

*Treated as a motion to continue the scheduling conference previously set for Sept. 11, 2020, and motion allowed, in part, and denied, in part. A scheduling conference will be held on Tuesday, Nov. 24, 2020, at 10:30 AM with no further continuances.*

*/s/ NMGorton, USDJ 9/9/20*